No. 394. TATHAM ET AL. *v.* SACRAMENTO SUBURBAN FRUIT LANDS Co.;

No. 395. KRAL *v.* SAME;

No. 396. WAGNER *v.* SAME;

No. 397. HANDLER ET AL. *v.* SAME; and

No. 398. KLAFFENBACH ET AL. *v.* SAME. October 20, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Ray T. Coughlin* and *Ralph H. Lewis* for petitioners. No appearance for respondent. Reported below: 40 F. (2d) 894; 41 *id.* 508; 40 *id.* 897; 41 *id.* 511; 40 *id.* 899.

No. 399. COCHRAN *v.* COUZENS. October 20, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Harry Friedman* for petitioner. *Messrs. Adrian F. Busick, Joseph E. Davies, Raymond N. Beebe, Clarence E. Wilcox,* and *Arthur J. Lacy* for respondent.

No 401. C. J. FARLEY & Co. *v.* STOLL. October 20, 1930. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Julius H. Amberg* for petitioner. No appearance for respondent.

No. 404. MAILLIARD & SCHMIEDELL ET AL. *v.* PACIFIC STEAMSHIP Co.; and

No. 418. AMERICAN-HAWAIIAN STEAMSHIP Co. *v.* SAME. October 20, 1930. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Howard S. Cosgrove, Robert S. Terhune,* and *Wm. H. Gorham* for Mailliard & Schmiedell et al. *Messrs.*